UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                          Plaintiff,                    **MEMORANDUM**

    -against-                                  22 Cr. 640 (KMK)

DEVIN WILLIAMS,

                        Defendant.
------------------------------------------------------------x

TO:  Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the May 20, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: June 7, 2024
        White Plains, New York

                                                      Respectfully Submitted,

                                                        */s/ Judith C. McCarthy*
                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge